UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 13-cv-05832-JSC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

    Upon review of the parties' case management conference statement filed April 22, 2015 (Dkt. No. 41), the further case management conference scheduled for April 30, 2015 is VACATED. This action is referred to a randomly assigned magistrate judge for a settlement conference to occur in September or October 2015, at the convenience of the magistrate judge.

    **IT IS SO ORDERED.**

Dated: April 24, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge